

08 CV 6516

402-08/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PCL (SHIPPING) PTE. LTD.,

                  Plaintiff,

- against –

STAR PVG EXPORTS,

                  Defendant.
-------------------------------------------------------------x



**RULE 7.1 STATEMENT**

Plaintiff, PCL (SHIPPING) PTE. LTD. by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       July 22, 2008

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff PCL (SHIPPING) PTE. LTD.

             By: _____
                          Gina M. Venezia (GV 1551)
                          Pamela L. Schultz (PS 8675)
                          80 Pine Street
                          New York, NY 10005
                          (212) 425-1900
                          (212) 425-1901 fax

NYDOCS1/309117.1