402-08/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

PCL (Shipping) Pte. Ltd.,

                  Plaintiff,

      -  against –

STAR PVG Exports,

              Defendant.

----------------------------------------------------------------x

**08 CV 6516 (VM)**

**NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)
& VOLUNTARY WITHDRAWAL
OF ATTACHMENT**

    The above entitled action is hereby discontinued on application of the plaintiff pursuant to

Fed. R. Civ. 41(a)(1), the defendant not having appeared, filed an answer nor filed a motion for

summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action

pursuant to Supplemental Rule B is hereby withdrawn and cancelled.

Dated: New York, New York
       August 5, 2008

                   FREEHILL, HOGAN & MAHAR LLP
                   Attorneys for Plaintiff

                   By: _____
                       Gina M. Venezia (GV 1551)
                       Pamela L. Schultz (PS 8675)
                       80 Pine Street, 24th Floor
                       New York, NY 10005-1759
                       (212) 425-1900

SO ORDERED AT New York, New York
   this ____ day of _____, 2008

_____
    U.S.D.J.