402-08/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____             │
│ DATE FILED: 8-7-08               │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PCL (Shipping) Pte. Ltd.,

                                    Plaintiff,

              -    against –

STAR PVG Exports,

                                    Defendant.
-------------------------------------------------------------x

08 CV 6516 (VM)

**NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)
& VOLUNTARY WITHDRAWAL
OF ATTACHMENT**

        The above entitled action is hereby discontinued on application of the plaintiff pursuant to

Fed. R. Civ. 41(a)(1), the defendant not having appeared, filed an answer nor filed a motion for

summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action

pursuant to Supplemental Rule B is hereby withdrawn and cancelled.

Dated: New York, New York
        August 5, 2008

                                    FREEHILL, HOGAN & MAHAR LLP
                                    Attorneys for Plaintiff

                                    By: _____
                                        Gina M. Venezia (GV 1551)
                                        Pamela L. Schultz (PS 8675)
                                        80 Pine Street, 24th Floor
                                        New York, NY 10005-1759
                                        (212) 425-1900


SO ORDERED AT New York, New York
this ___ day of _____ 2008

_____
U.S.D.J.  Victor Marrero